COMMISSIONER OF INTERNAL REVE-
NUE v. CHAPARRAL OIL COM-
PANY.

No. 2399.

Circuit Court of Appeals, Tenth Circuit.

Oct. 6, 1941.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Harold E. Rorschach, of Tulsa, Okl., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. Gertrude B. CHASE,
Respondent.

No. 9947.

Circuit Court of Appeals, Ninth Circuit.

Oct. 13, 1941.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Truman Henson, of New York City, for respondent.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of petitioner, consented to by respondent, for dismissal of petition to review, and good cause therefor appearing, it is ordered that the petition to review herein be dismissed, that a judgment be filed and entered accordingly, and mandate of this court issue forthwith.

F. S. COULTER v. UNITED STATES of
America.

No. 2408.

Circuit Court of Appeals, Tenth Circuit.

Oct. 13, 1941.

Pershing, Bosworth, Dick & Dawson, of Denver, Colo., for appellant.

James McI. Henderson, Sp. Asst. to Atty. Gen., of Denver, Colo., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee.

Ana DELGADO et al., Appellants, v. RA-
MON MORAN & COMPANY, Appellee.

No. 3722.

Circuit Court of Appeals, First Circuit.

Oct. 20, 1941.

Enrique Campos del Toro and Lionel Fernandez Mendez, both of San Juan, P. R., for appellants.

Walter L. Newsom, Jr., and Brown, Gonzalez & Newsom, all of San Juan, P. R., for appellee.

PER CURIAM.

Upon motion of appellee, it is ordered that this case be docketed, and it is further ordered that the appeal be, and the same hereby is, dismissed.